IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTRAL LABORERS' PENSION FUND, CENTRAL LABORERS' WELFARE FUND, CENTRAL LABORERS' ANNUITY FUND, ILLINOIS LABORERS AND CONTRACTORS' TRAINING TRUST FUND, MIDWEST REGION FOUNDATION FOR FAIR CONTRACTING, CENTRAL ILLINOIS BUILDERS INDUSTRY ADVANCEMENT FUND, LABORERS'–EMPLOYERS' COOPERATION AND EDUCATION TRUST ("LECET"), LABORERS' POLITICAL LEAGUE, LABORERS' OF ILLINOIS VACATION FUND, LABORERS' LOCAL #309, and LABORERS' LOCAL #544, | ) | |
| Plaintiffs, | ) | |
| vs. | ) | No. 06-3068 |
| WILLMAN CONSTRUCTION, INC., | ) | |
| Defendant. | ) | |

OPINION

RICHARD MILLS, U.S. District Judge:

This case is before the Court on the Plaintiffs' motion for default

1

judgment.  Having reviewed the motion and relevant pleadings, the Court finds that the complaint was duly filed and served upon Defendant Willman Construction, Inc.

On May 19, 2006, following the Plaintiffs' motion for entry of default, United States Magistrate Judge Byron G. Cudmore entered an Order of Default against the Defendant for failure to answer or otherwise plead as provided by the Federal Rules of Civil Procedure and the Rules of this Court.  The Plaintiffs have since filed a motion for a default judgment.  The Defendant has not responded to the Plaintiffs' motion.  Plaintiffs have tendered and the Court has reviewed the evidence in support of damages.

Ergo, the Plaintiffs' motion for default judgment [d/e 7] is ALLOWED.  Judgment is entered in favor of Plaintiffs and against the Defendant for liquidated damages due to Defendant submitting late contribution reporting forms for the months of January 2005 through November 2005.  Plaintiffs have determined the known liquidated damages owed by Defendant to Plaintiffs to be $4927.09.  Defendant remitted contribution reporting forms for September 2004, but there was a shortage

of $30.80. Accordingly, the total amount due to Plaintiffs by Defendant is $4,957.89; and further, any unpaid contributions and liquidated damages unpaid at the time Judgment is rendered. Defendant is ordered to pay to the Plaintiffs its attorney's fees in the amount of $1,556.50, as provided by ERISA, 29 U.S.C. § 1132(g)(2).

ENTER: June 12, 2006

        FOR THE COURT:

                              s/Richard Mills
                              United States District Judge